UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

MICHAEL SILVERSTEIN,

                Plaintiff,                        Civil Action No. CV-11-3527

vs.

                                                  **ANSWER TO COMPLAINT**

EXOTIC CARRIERS INC., RICHARD RUIZ,
and PATRICIA COTTRELL,

                Defendants.

-------------------------------------------------------------x

        Defendants, EXOTIC CARRIERS, INC., RICHARD RUIZ and PATRICIA COTTRELL, by their attorneys, George W. Wright & Associates, LLC, answering the Endorsed Complaint, dated June 28, 2011, generally deny the allegations contained in the Endorsed Complaint.

### FIRST AFFIRMATIVE DEFENSE

        Defendants RICHARD RUIZ and PATRICIA COTTRELL are not proper party defendants in this action, said defendants have no contractual or general duty to plaintiff and said defendants have no liability to plaintiff in their personal capacities.

### SECOND AFFIRMATIVE DEFENSE

        Defendant EXOTIC CARRIERS, INC.'s liability, if any, herein is governed exclusively by the Carmack Amendment to the ICC Termination Act of 1995 and all state or common law claims against said defendant are completely preempted by federal law.

### THIRD AFFIRMATIVE DEFENSE

        Defendant EXOTIC CARRIERS, INC.'s liability, if any, herein, which is denied,

is governed and/or limited by the terms and provisions of the relevant interstate transportation agreement.

## FOURTH AFFIRMATIVE DEFENSE

Any damages sustained by plaintiff were the result of an act of God and/or force majeure.

## FIFTH AFFIRMATIVE DEFENSE

The Complaint fails to state a cause of action against defendants on which relief may be granted.

## SIXTH AFFIRMATIVE DEFENSE

The damages alleged in the Complaint were caused by a pre-existing condition and/or other causes or conditions beyond the control of defendants and for which causes or conditions defendants have no liability.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate his alleged damages.

WHEREFORE, defendants, EXOTIC CARRIERS, INC., RICHARD RUIZ and PATRICIA COTTRELL, demand judgment dismissing the Endorsed Complaint and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
July 29, 2011

GEORGE W. WRIGHT & ASSOCIATES, LLC

BY: _____
GEORGE W. WRIGHT
Attorneys for Defendants
88 Pine Street
New York, NY 10005-1801
(201) 342-8884

TO:    MICHAEL SILVERSTEIN
Plaintiff Pro Se
42-43 27th Street
Long Island City, NY  11101

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.
COUNTY OF NEW YORK )

      GEORGE W. WRIGHT, being duly sworn, deposes and says, that deponent is not a party to this action and is over 18 years of age. That on July 29, 2011 deponent electronically filed the within Answer to Complaint with the Clerk of the United States District Court, Eastern District of New York, using its CM/ECF system, and served same on the following:

    MICHAEL SILVERSTEIN
    Plaintiff Pro Se
    42-43 27th Street
    Long Island City, NY 11101

by depositing a copy in a postpaid, properly addressed wrapper, into an official depository under the exclusive care and custody of the United States Postal Service.

                                                    _____
                                                         GEORGE W. WRIGHT

Sworn to before me this
29th day of July, 2011

_____
Notary Public

      DORIS SORAN
Notary Public, State of New York
     No. 01SO4986092
  Qualified in New York County
Commission Expires Sept 3, 2008 13

4